IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01150-LTB-BNB

BARBARA WALDRON,
RICHARD SARRO, and
ELIZABETH BROOKHART,

Plaintiffs,

v.

DAVID D. STONG, individually and in his official capacity as Sheriff of the County of Alamosa,
CHARLES J. KALBACHER, individually, and in his capacity as former Deputy District Attorney for the 12th Judicial District,
EUGENE L. FARISH, individually, and in his capacity as former District Attorney for the 12th Judicial District, State of Colorado
DISTRICT ATTORNEY, 12TH JUDICIAL DISTRICT, STATE OF COLORADO,
ALAMOSA COUNTY SHERIFF'S DEPARTMENT, a political subdivision of the State of Colorado
ALAMOSA COUNTY, a body corporate and politic, and
ALAMOSA COUNTY BOARD OF COMMISSIONERS, a political subdivision of the State of Colorado,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Defendants' Renewed Unopposed Motion to Amend Scheduling Order Re: Dispositive Motion Deadline** (the "Renewed Motion"), filed August 3, 2005. The Renewed Motion seeks an extension of the dispositive motion deadline to August 10, 2005. The Renewed Motion is DENIED.

I denied without prejudice a similar motion filed on July 25, 2005, which sought to extend the dispositive motion deadline to August 19, 2005, finding that the extension would not allow sufficient time for a ruling before trial on a dispositive motion. Order, entered August 3,

2005.  In denying the original motion, I stated that I was willing to consider a motion extending the dispositive motion deadline "when and if the parties first obtain a continuance of the October 31, 2005, trial date."  Id. at p.2.  The parties have neither requested nor obtained an continuance of the trial.

A dispositive motion deadline of August 10, 2005, similarly would not allow sufficient time prior to trial for a ruling of a complex motion for summary judgment.

IT IS ORDERED that the Renewed Motion is DENIED.  I will consider extending the dispositive motion deadline only if the trial date is continued.

Dated August 8, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge