IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01150-LTB-BNB

BARBARA WALDRON,
RICHARD SARRO, and
ELIZABETH BROOKHART,

Plaintiffs,

v.

DAVID D. STONG, individually and in his official capacity as Sheriff of the County of Alamosa,
CHARLES J. KALBACHER, individually, and in his capacity as former Deputy District Attorney for the 12th Judicial District,
EUGENE L. FARISH, individually, and in his capacity as former District Attorney for the 12th Judicial District, State of Colorado
DISTRICT ATTORNEY, 12TH JUDICIAL DISTRICT, STATE OF COLORADO,
ALAMOSA COUNTY SHERIFF'S DEPARTMENT, a political subdivision of the State of Colorado
ALAMOSA COUNTY, a body corporate and politic, and
ALAMOSA COUNTY BOARD OF COMMISSIONERS, a political subdivision of the State of Colorado,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the order entered by Chief Judge Babcock on August 17, 2005,

IT IS ORDERED that the Pretrial Conference set for September 1, 2005, is VACATED.

DATED: August 24, 2005