IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-01150-LTB-BNB

BARBARA WALDRON,
RICHARD SARRO, and
ELIZABETH BROOKHART,

    Plaintiffs,

v.

JAMES DRURY, individually,
DAVID D. STONG, in his official capacity as Sheriff of the County of Alamosa;
ALAMOSA COUNTY SHERIFF'S DEPARTMENT, a political subdivision of the State of Colorado; and
ALAMOSA COUNTY BOARD OF COMMISSIONERS, a political subdivision of the State of Colorado,

    Defendants.
_____

ORDER
_____

Based upon my findings and rulings made on the record during the Status and Scheduling Conference hearing on June 6, 2006, at 8:30 AM, I HEREBY ORDER as follows:

1) The following Defendants are DISMISSED from the case, and the caption in this matter is AMENDED accordingly:

    EUGENE L. FARISH, individually and in his official capacity as former District Attorney of the 12th Judicial District, State of Colorado;

    CHARLES KALBACHER, individually and in his official capacity as former Investigator for the District Attorney of the 12th Judicial District, State of Colorado;

    DISTRICT ATTORNEY, 12th Judicial District, State of Colorado, a political subdivision of the State of Colorado; and

    ALAMOSA COUNTY, a body corporate and politic;

2) The Final Trial Preparation Conference set for Friday, July 7, 2006, at 4:00 PM, is VACATED;

3) The eight-day jury trial set to commence on Monday, July 31, 2006, is VACATED;

4) Oral arguments are set for **Tuesday, June 13, 2006, at 9:00 AM**, on the following motions:

    Motion for Summary Judgment  **[DOC # 60, filed on 01/31/06]**; and

    Motion for Summary Judgment **[DOC # 61, filed on 02/01/06]**.

Dated:   June    6  , 2006, in Denver, Colorado.

                                    BY THE COURT:

                                       s/Lewis T. Babcock
                                    Lewis T. Babcock, Chief Judge