IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-01150-LTB-BNB

BARBARA WALDRON,
RICHARD SARRO, and
ELIZABETH BROOKHART,

    Plaintiffs,

v.

JAMES DRURY, individually,
DAVID D. STONG, in his official capacity as Sheriff of the County of Alamosa;
ALAMOSA COUNTY SHERIFF'S DEPARTMENT, a political subdivision of the State of Colorado; and
ALAMOSA COUNTY BOARD OF COMMISSIONERS, a political subdivision of the State of Colorado,

    Defendants.
_____

ORDER
_____

Upon the Stipulation Regarding Defendants' Proposed Bills of Costs (Doc 97 - filed July 13, 2006), it is

ORDERED that the Defendants' two separate Bills of Costs (Document Nos. 95 and 96) are approved and judgment should entered consistent therewith.

    BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Chief Judge

DATED: July 14, 2006