**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01150-LTB-BNB

BARBARA WALDRON,
RICHARD SARRO, and
ELIZABETH BROOKHART,

       Plaintiffs,

v.

JAMES DRURY, individually,
DAVID D. STONG, in his official capacity as Sheriff of the County of Alamosa;
ALAMOSA COUNTY BOARD OF COMMISSIONERS, a political subdivision of the State of Colorado,

       Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiffs' Motion for Stay of Proceedings to Enforce Judgment Pursuant to F.R.C.P. 62 (Doc 104 - filed July 31, 2006) is **GRANTED**. The execution of this Court's July 14, 2006 judgment is stayed and Plaintiffs shall procure a cash or corporate surety bond in the amount of $6,500.00.

Dated: August 2, 2006

---