IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-01150-LTB-BNB

BARBARA WALDRON,
RICHARD SARRO, and
ELIZABETH BROOKHART,

    Plaintiffs,

v.

JAMES DRURY, individually,
DAVID D. STONG, in his official capacity as Sheriff of the County of Alamosa;
ALAMOSA COUNTY SHERIFF'S DEPARTMENT, a political subdivision of the State of Colorado; and
ALAMOSA COUNTY BOARD OF COMMISSIONERS, a political subdivision of the State of Colorado,

    Defendants.
_____

## ORDER
_____

    Plaintiffs' Motion for Approval of Bond, filed August 9, 2006 - Doc No. 109, is GRANTED.

DATED: August 10, 2006

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge